UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CV-00495-FL

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CENTURION CONSTRUCTION COMPANY, INC., MARSHALL L. GURLEY, SR., MATTHEW G. RIGGS AND GARY W. WRIGHT,  )<br>)<br>)<br>)<br>)<br>Defendants.  )<br>) | **AGREED JUDGMENT** |

## AGREED JUDGMENT AGAINST DEFENDANT, CENTURION CONSTRUCTION COMPANY, INC.

As evidenced by the signatures of counsel affixed hereto, the Plaintiff, Fidelity & Deposit Company of Maryland ("F&D"), and Defendant, Centurion Construction Company, Inc. ("Centurion"), have resolved all matters at issue between them, and these parties have agreed that a judgment in the amount of Five Million ($5,000,000.00) Dollars should be entered in favor of F&D against Centurion; it is accordingly,

ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of F&D against Centurion in the amount of Five Million ($5,000,000.00) Dollars.

ENTERED:

_____

U.S. District Judge

Date: June 25, 2018.

950486.1

Respectfully submitted,

 /s/ Jeffrey S. Price 
Jeffrey S. Price
Manier & Herod, PC
1201 Demonbreum Street, Suite 900
Nashville, TN 37203
(615)742-9358 (phone)
(615)242-4203 (facsimile)
jprice@manierherod.com (email)
Attorney for Plaintiff, F&D

 /s/ John M. Gillum 
John M. Gillum
Manier & Herod, PC
1202 Demonbreum Street, Suite 900
Nashville, TN 37203
(615)742-9319 (phone)
(615)242-4203 (facsimile)
jgillum@manierherod.com (email)
Attorney for Plaintiff, F&D

 /s/ Todd Allen Jones  
Todd Allen Jones
Anderson Jones, PLLC
421 N. Blount Street
Raleigh, NC 27601
(919)277-2541 (phone)
(919)277-2544 (facsimile)
tjones@andersonandjones.com (email)
Attorney for Defendant Centurion